# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LUIS A. URENDA-BUSTOS,

    *Petitioner,*

v.

JERRY HOWELL, *et al.,*

    *Respondents.*

2:18-cv-01073-JCM-CWH

ORDER

Petitioner's unopposed motion for an extension of time (ECF No. 11) is GRANTED, and the time for petitioner to file a second amended petition is extended up to and including Monday, April 15, 2019.

DATED: February 6, 2019.

_____
JAMES C. MAHAN
United States District Judge