# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS A. URENDA-BUSTOS, | Case No. 2:18-cv-01073-JCM-CWH |
| Petitioner, | **ORDER** |
| v. | |
| JERRY HOWELL, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for an extension of time (second request) (ECF No. 13), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for an extension of time (second request) (ECF No. 13) is **GRANTED**. Petitioner will have through July 1, 2019, to file a second amended petition.

DATED: April 23, 2019.

                                          JAMES C. MAHAN
                                          United States District Judge