# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LUIS A. URENDA-BUSTOS,

    *Petitioner,*

    v.

JERRY HOWELL, *et al.,*

    *Respondents.*

2:18-cv-01073-JCM-CWH

ORDER

Petitioner's unopposed motion for leave to file a third amended petition (ECF No. 17) is GRANTED, with reservation of any defenses by respondents; and petitioner may file a third amended petition by July 1, 2019.

DATED: May 16, 2019.

_____
JAMES C. MAHAN
United States District Judge

1