# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS A. URENDA-BUSTOS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JERRY HOWELL, et al.,<br><br>　　　　　Respondents. | Case No. 2:18-cv-01073-JCM-DJA<br><br>**ORDER** |

Presently before the court is the matter of *Urenda-Bustos v. Howell, et al*, case no. 2:18-cv-1073-JCM-DJA.

On May 14, 2019, petitioner Luis Urenda-Bustos ("petitioner") filed an unopposed motion for leave to file a third amended petition for writ of habeas corpus. (ECF No. 17). The court granted the motion. (ECF No. 18). Petitioner filed his third amended petition on July 2, 2019. (ECF No. 19).

On July 15, this court ordered Jerry Howell and the attorney general of the State of Nevada ("respondents") to file a response within forty-five (45) days. (ECF No. 21). Respondents now move the court to extend the time for them to file their response an additional forty-five (45) days.[1] (ECF No. 23). Petitioner does not oppose the motion. *Id.*

Respondents' attorney, Jessica Perlick, represents to the court that numerous deadlines

---

[1] Respondents request forty-five days from August 29, 2019, the date they filed their motion. (ECF No. 23).

1

have—despite her due diligence—prevented her from completing the response. *Id.* at 2. Ms. Perlick further avers that respondents "have been working to obtain [petitioner's] case records in order to identify any additional records to supplement what [p]etitioner already provided." *Id.* In fact, respondents received the last of the records on August 26, 2019. *Id.*

In sum, respondents assert that this request for extension of time "is brought in good faith and not for the purpose of delay." *Id.* at 1. The court agrees.

Because the court finds defendants have demonstrated good cause to grant their request for an extension of time pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-1, the court will grant defendants' motion. *See* FED. R. CIV. P. 6; LR 6-1.

Accordingly,

IT IS ORDERED THAT respondents' motion to extend time (ECF No. 23), be, and the same hereby is, GRANTED.

Respondents must file their response to petitioner's third amended petition for writ of habeas corpus on or before Monday, October 14, 2019.

DATED October 2, 2019.

_____
JAMES C. MAHAN
United States District Judge