# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS A. URENDA-BUSTOS, | Case No. 2:18-cv-01073-JCM-DJA |
| Petitioner, | **ORDER** |
| v. | |
| JERRY HOWELL, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 25), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (second request) (ECF No. 25) is **GRANTED**. Respondents will have up to and including November 13, 2019, to file a response to the third amended petition.

DATED: October 17, 2019.

_____
JAMES C. MAHAN
United States District Judge