# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS A. URENDA-BUSTOS, | Case No. 2:18-cv-01073-JCM-DJA |
| Petitioner, | **ORDER** |
| v. | |
| JERRY HOWELL, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for an extension of time (first request) (ECF No. 32), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for an extension of time (first request) (ECF No. 32) is **GRANTED**. Petitioner will have up to and including February 28, 2020, to file a response to the motion to dismiss (ECF No. 28).

DATED: January 10, 2020.

JAMES C. MAHAN
United States District Judge

1