Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Martin L. Novillo
Assistant Federal Public Defender
Virginia State Bar No. 76997
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Martin_Novillo@fd.org

*Attorney for Petitioner Luis A. Urenda-Bustos

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Luis A. Urenda-Bustos,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Jerry Howell, *et al.*,<br><br>　　　　Respondents. | Case No. 2:18-cv-01073-JCM-DJA<br><br>**Unopposed Motion for an Extension of Time in which to file Opposition to Motion to Dismiss (ECF No. 28)**<br><br>**(Second Request)** |

Petitioner Luis A. Urenda-Bustos moves for an extension of time of 45 days, up to and including April 13, 2020, to file his Opposition to Respondents' Motion to Dismiss. Respondents do not oppose this request.

**POINTS AND AUTHORITIES**

1. On July 1, 2019, Mr. Urenda-Bustos filed his Third Amended Petition in this case.[1] On November 13, 2019, Respondents filed a Motion to Dismiss.[2] On December 30, 2019, undersigned counsel sought a sixty day (60) extension to file his opposition to Respondents' motion.[3] For the reasons detailed below, counsel seeks an additional forty-five (45) day extension to file his opposition.

2. An additional extension of time to file a reply is necessary for several reasons. Undersigned counsel has a busy caseload involving both non-capital and capital habeas matters currently pending in Nevada and out-of-state district courts for which he is carrying on various investigations and research assignments and meeting multiple deadlines.

3. In the last two months, as part of his duties handling capital habeas matters, counsel had to expend a substantial amount of time drafting a petition for habeas relief filed with this Court on January 15, 2020. The petition prepared by counsel was approximately two hundred pages long. As part of his duties handling non-capital habeas matters, counsel expended a substantial amount of time preparing and filing a 90-page petition in the matter of *Zanini v. Baker*, et al, 18-cv-00336-MMD. Further, on February 18, 2020, counsel had to file an opening brief with the Nevada Supreme Court in Mr. Urenda-Bustos's state post-conviction proceeding, *Urenda-Bustos v. State*, Case No. 79640. Finally, undersigned counsel has also had to expend substantial time preparing a petition in the non-capital habeas matter, *Washington v. Giterre, et al.*, 3:19-cv-00256-MMD, which is due on March 5, 2020.

---

[1] ECF No. 19.
[2] ECF No. 28.
[3] ECF No. 32.

2

4. In addition to his representation in capital and non-capital habeas matters, counsel is part of a team representing Ryan Schlesinger, in *United States v. Schlesinger*, an out-of-district federal capital trial case in Arizona. Over the last couple months, counsel expended a substantial amount of time preparing and handling a mitigation presentation before the U.S. Attorney's Office Death Penalty Committee for the District of Arizona. Counsel was required to file numerous motions related to the presentation as well as other pre-trial matters. Finally, counsel was required to travel numerous times to Arizona to fulfill his responsibilities in the case.

5. This requested extension will permit counsel time to thoroughly and adequately respond to the arguments raised by the Respondents in their motion. This is Mr. Urenda-Bustos' second request for an extension and is not made for the purposes of delay, but rather in the interests of justice.

6. Finally, the present request for an extension is unopposed. On February 28, 2020, counsel for Petitioner contacted Deputy Attorney Jessica Perlick via email concerning this request for an extension of time. Ms. Perlick has no objection to the request.

WHEREFORE, counsel respectfully requests that this Court grant the request for an extension of time to file an opposition to Respondents' motion to dismiss to Monday April 13, 2020.

Dated February 28, 2020.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Martin L. Novillo*
Martin L. Novillo
Assistant Federal Public Defender


IT IS SO ORDERED:


_____
United States District Judge

Dated: March 2, 2020