# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS A. URENDA-BUSTOS,<br><br>              Petitioner,<br><br>    v.<br><br>JERRY HOWELL, et al.,<br><br>              Respondents. | Case No. 2:18-cv-01073-JCM-DJA<br><br>**ORDER** |

Petitioner having filed an unopposed motion for an extension of time (third request) (ECF No. 37), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for an extension of time (third request) (ECF No. 37) is **GRANTED**. Petitioner will have up to and including May 13, 2020, to file a response to the motion to dismiss (ECF No. 28).

DATED: April 17, 2020.

_____
JAMES C. MAHAN
United States District Judge

1