UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS A. URENDA-BUSTOS,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>JERRY HOWELL, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:18-cv-01073-JCM-DJA<br><br>**ORDER** |

Petitioner having filed a motion for extension of time (first request) (ECF No. 50), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's motion for extension of time (first request) (ECF No. 50) is **GRANTED**. Petitioner will have up to and including July 16, 2021, to file a fourth amended petition.

DATED: July 16, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　United States District Judge