UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LUIS URENDA-BUSTOS, | Case No. 2:18-CV-1073 JCM (DJA) |
| Plaintiff(s), | ORDER |
| v. | |
| JERRY HOWELL, et al., | |
| Defendant(s). | |

Presently before the court is respondents' unopposed motion to extend the deadline to respond to petitioner Luis A. Urenda-Bustos' fourth amended petition for writ of habeas corpus (first request).  (ECF No. 53).  With good cause appearing;

IT IS ORDERED that respondents' unopposed motion to extend the response deadline (first request) (ECF No. 53) is GRANTED.  Respondents shall have up to and including November 12, 2021, to file a response to petitioners' fourth amended petition (ECF No. 52).

DATED September 15, 2021.

UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge