# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS A. URENDA-BUSTOS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JERRY HOWELL, et al.,<br><br>　　　　　Respondents. | Case No. 2:18-cv-01073-JCM-DJA<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 55), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (second request) (ECF No. 55) is **GRANTED**. Respondents will have up to and including December 27, 2021, to file a response to the fourth amended petition.

DATED: November 15, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　United States District Judge

1