Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Martin L. Novillo
Assistant Federal Public Defender
Virginia State Bar No. 76997
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Martin_Novillo@fd.org

*Attorney for Petitioner Luis A. Urenda-Bustos

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Luis A. Urenda-Bustos,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>Jerry Howell, *et al.*,<br><br>　　　　　Respondents. | Case No. 2:18-cv-01073-JCM-DJA<br><br>**Unopposed Motion for an Extension of Time in which to file Opposition to Motion to Dismiss (ECF No. 60)**<br><br>**(First Request)** |

Petitioner Luis A. Urenda-Bustos moves for an extension of time of fourteen (14) days, up to and including January 24, 2022, to file his Opposition to Respondents' Motion to Dismiss. Respondents do not oppose this request.

## POINTS AND AUTHORITIES

1. On July 16, 2021, Mr. Urenda-Bustos filed his Fourth Amended Petition in this case.[1] The filing followed Mr. Urenda-Bustos staying his case and returning to state court to exhaust claims.[2] On December 27, 2021, Respondents filed a Motion to Dismiss.[3] For the reasons detailed below, Mr. Urenda-Bustos seeks a fourteen (14) day extension, or until January 24, 2022, to file his opposition to Respondents' motion.

2. Undersigned counsel's duties and responsibilities in other matters, as detailed below, prevented him from meeting the current deadline. Undersigned counsel has a busy caseload involving both non-capital and capital habeas matters currently pending in Nevada and out-of-state district courts for which he is carrying on various investigations and research and writing assignments.

3. Specifically, counsel had to draft a reply to a motion to dismiss due on January 10, 2022 in the non-capital habeas matter *Smith v. Howell et al.*, 20-cv-01108-JAD (D. Nev.). In addition, counsel had to review various pleadings due on January 10, 2022 in the capital habeas case *Biela v. Gittere et al.,* 20-cv-00026-GMN (D. Nev.). Counsel likewise had to research and draft a complex pleading in the out-of-district federal capital case *United States v. Schlesinger*, 18-cr-02719-RCC-BGM (D. Ariz.), due on December 29, 2021. Finally, counsel was sick with flu-like symptoms during the first week of January 2022, which prevented him from undertaking many of his duties.

4. This requested extension will permit counsel time to thoroughly and adequately respond to the arguments raised by the Respondents in their motion. This

---

[1] ECF No. 19.
[2] *See* ECF Nos. 44-49.
[3] ECF No. 60.

is Urenda-Bustos' first request for an extension and is not made for the purposes of delay, but rather in the interests of justice.

5. Finally, the present request for an extension is unopposed. On January 10, 2022, counsel for Petitioner contacted Deputy Attorney Erica Berrett via email concerning this request for an extension of time. Ms. Berrett has no objection to the request.

WHEREFORE, counsel respectfully requests that this Court grant the request for an extension of time to file an opposition to Respondents' motion to dismiss to January 24, 2022.

Dated this 10th day of January, 2022.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/Martin L. Novillo*
Martin L. Novillo
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: January 10, 2022