UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS A. URENDA-BUSTOS,<br><br>      Petitioner,<br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>      Respondents. | Case No. 2:18-cv-01073-JCM-DJA<br><br>ORDER |

Respondents have filed an unopposed motion for extension of time (first request) until December 23, 2022, to file their answer to the fourth amended petition. (ECF No. 68). The Court finds good cause exists to grant the unopposed motion for extension of time (first request). Respondents will have up to and including December 23, 2022, to file their answer to the fourth amended petition.

DATED October 27, 2022.

                       _____
                       UNITED STATES DISTRICT JUDGE