UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS A. URENDA-BUSTOS,<br><br>　　　　　　Petitioner,<br>　v.<br><br>JERRY HOWELL, *et al.*,<br><br>　　　　　　Respondents. | Case No. 2:18-cv-01073-JCM-DJA<br><br>ORDER |

Respondents have filed an unopposed motion for extension of time (second request) until February 6, 2023, to file their answer to the fourth amended petition. (ECF No. 70). The Court finds good cause exists to grant the unopposed motion for extension of time (second request). Respondents will have up to and including February 6, 2023, to file their answer to the fourth amended petition.

DATED December 28, 2022.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE