UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS A. URENDA-BUSTOS,<br><br>　　　　　　　　Petitioner,<br>　　v.<br><br>JERRY HOWELL, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 2:18-cv-01073-JCM-DJA<br><br>ORDER |

　　　　On February 6, 2023, Respondents filed a motion for extension of time (third request) until April 7, 2023, to file their answer to the fourth amended petition. (ECF No. 73). Petitioner did not respond. The Court finds good cause exists to grant the motion for extension of time (third request) (ECF No. 73). Respondents will have up to and including April 7, 2023, to file their answer to the fourth amended petition.

DATED February 27, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1