UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS A. URENDA-BUSTOS,<br><br>　　　　　　　　Petitioner,<br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 2:18-cv-01073-JCM-DJA<br><br>ORDER |

Respondents have filed an unopposed motion for extension of time (fourth request) until May 22, 2023, to file their answer to the fourth amended petition. (ECF No. 75). The Court finds good cause exists to grant the unopposed motion for extension of time (fourth request). Respondents will have up to and including May 22, 2023, to file their answer to the fourth amended petition.

DATED April 13, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1