UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS A. URENDA-BUSTOS,<br><br>                   Petitioner,<br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>                   Respondents. | Case No. 2:18-cv-01073-JCM-DJA<br><br>ORDER |

On July 6, 2023, Petitioner filed a motion for extension of time (first request) until October 4, 2023, to file a reply to the fourth amended petition. (ECF No. 79). Respondents did not respond. The Court finds good cause exists to grant the motion for extension of time (first request) (ECF No. 79). Petitioner will have up to and including October 4, 2023, to file their answer to the fourth amended petition.

DATED July 27, 2023.

                                                                               *[signature]*
                                                                               UNITED STATES DISTRICT JUDGE

1