UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS A. URENDA-BUSTOS,<br><br>　　　　　　Petitioner,<br>　v.<br><br>JERRY HOWELL, *et al.*,<br><br>　　　　　　Respondents. | Case No. 2:18-cv-01073-JCM-DJA<br><br>ORDER |

On October 4, 2023, petitioner filed an unopposed motion for extension of time (second request) until December 4, 2023, to file a reply to the fourth amended petition. (ECF No. 81). The court finds good cause exists to grant the motion for extension of time (second request) (ECF No. 81).  Petitioner will have up to and including December 4, 2023, to file an answer to the fourth amended petition.

DATED October 11, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1