UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS A. URENDA-BUSTOS,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br><br>JERRY HOWELL, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 2:18-cv-01073-JCM-DJA<br><br>ORDER |

On December 4, 2023, petitioner filed an unopposed motion for extension of time (third request) until February 2, 2024, to file a reply to the fourth amended petition. (ECF No. 83). The court finds good cause exists to grant the motion for extension of time (third request) (ECF No. 83). Petitioner will have up to and including February 2, 2024, to file an answer to the fourth amended petition. However, in the absence of extraordinary circumstances, the court is not inclined to grant any further extensions of time.

DATED December 5, 2023.

_____
UNITED STATES DISTRICT JUDGE

1