UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS A. URENDA-BUSTOS,<br><br>                Petitioner,<br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>                Respondents. | Case No. 2:18-cv-01073-JCM-DJA<br><br>ORDER |

On February 2, 2024, petitioner filed an unopposed motion for extension of time (fourth request) until April 2, 2024, to file a reply to the fourth amended petition. (ECF No. 85). Petitioner acknowledges that, in the last order granting an extension of time, the court stated that it was not inclined to grant any further extensions of time absent extraordinary circumstances. (*See* ECF Nos. 84, 85). Petitioner moves for one final extension of time and sets forth the reasons why counsel was unable to meet the last deadline but explains how counsel intends to meet an April 2nd deadline. (*See* ECF No. 85).

The court finds good cause exists to grant this final motion for extension of time (fourth request) (ECF No. 85). Petitioner will have up to and including April 2, 2024, to file a reply to the fourth amended petition. This is the final extension of time.

DATED February 5, 2024.

                                                                                        UNITED STATES DISTRICT JUDGE