UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Luis A. Urenda-Bustos,<br><br>    Petitioner<br><br>v.<br><br>Ronald Oliver, et al.,<br><br>    Respondents | Case No. 2:18-cv-01073-JCM-DJA<br><br>Order |

Petitioner's unopposed motion for an extension of time in which to file a response to the motion for reconsideration (ECF No. 96) is GRANTED, and the time for petitioner to file a response is extended by 10 days, up to and including Friday, October 4, 2024.

DATED September 25, 2024.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE